```
1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:     (916) 554-2932
   Facsimile:     (916) 554-2900
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:12-mj-00155-DAD |
|---|---|
|                     Plaintiff, | ) **ORDER EXTENDING TIME FOR** |
|                                | ) **PRELIMINARY HEARING PURSUANT TO** |
|     v.                         | ) **RULE 5.1(d) AND EXCLUDING TIME** |
|                                | ) |
| MIGUEL ANTONIO RODRIGUEZ,      | ) **PRELIMINARY HEARING: 7-2-2012** |
|                                | ) |
|                     Defendant. | ) |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time filed by the parties in this matter on June 21, 2012. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely

affect the public interest in the prompt disposition of criminal cases.

 THEREFORE, FOR GOOD CAUSE SHOWN:

 1. The date of the preliminary hearing is extended to July 2, 2012, at 2:00 P.M.

 2. The time between June 25, 2012, and July 2, 2012, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

 3. Defendants shall appear on that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

June 25, 2012

       /s/ Gregory G. Hollows
     UNITED STATES MAGISTRATE JUDGE